Form Number LR 3015-1 A (07/10)

# Chapter 13 Plan

Case No.: 14-04074-TOM-13

Debtor(s): Tyson, Maria        SS#: xxx-xx-2534        Net Monthly Earnings: $3,900.18

_____        SS#: _____    Number of Dependents: _____

I. Plan Payments:

( ☐ ) Debtor(s) proposes to pay a periodic payment of $_____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly into the plan; or

( ☒ ) Payroll deduction order: To UAB Payroll Services Attn: Payroll Department for $ 496.00 ☐ weekly ☒ biweekly ☐ semi-monthly ☐ monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 56,640.00 _____.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: $2,450.00 ; $-0- paid pre-petition; $-0- to be paid at confirmation and $40.83 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Rushmore Loan | $66,800.00 | ☐ by Trustee ☒ by Debtor | upon confirmation | $939.83 | 1 | -0- | $18.00 |
| Greentree Mortgage | $16,814.44 | ☒ by Trustee ☐ by Debtor | upon confirmaton | $16,814.44 | 19 | -0- | $280.24 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Exeter Financial Corporation | $481.00 | $25,935.70 | $15,975.00 | $9,960.00 | 2010 Ford F150 | 5.25% | $534.00 | upon conf. |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions (check all applicable boxes):

☐ This is an original plan.

☒ This is an amended plan replacing plan dated December 1, 2015 .

☐ This plan proposes to pay unsecured creditors 100 %.

☐ Other provisions: _____

Name/Address/Telephone/Attorney for Debtor(s):

Gregory C. Starkey
2016 10th Avenue South
Suite 101
Birmingham, Alabama 35205

Dated: January 5, 2015

/s/ Maria Tyson
Signature of Debtor

_____
Signature of Debtor

Telephone #: (205) 581-9790

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

MARIA TYSON, )
XXX-XX-2534 ) CHAPTER 13
DEBTOR. ) CASE NO.: 14-04074-TOM-13

## CERTIFICATE OF SERVICE

This is to certify that Debtor Maria Tyson has served via the electronic filing system an Amended Chapter 13 Plan (document # ) to all creditors listed below. Done this the 5th day of January, 2015.

/s/ Gregory C. Starkey
Gregory C. Starkey

| | |
|---|---|
| Crescent Bank and Trust<br>1100 Poydras Street<br>New Orleans, LA 70163-1101 | Exeter Financial Corp<br>PO Box 166008<br>Irving, TX 75016 |
| Green Tree Mortgage<br>7360 Sourth Kyrene Road<br>Tempe, AZ 85283 | Motormax<br>PO Box 468<br>Columbus, GA 31902 |
| Rushmore Loan Management Service<br>PO Box 55004<br>Irvine, CA 92619 | D. Sims Crawford<br>Chapter 13 Standing Trustee |